IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CITY OF HOLLAND, MICHIGAN and HOLLAND BOARD OF PUBLIC WORKS, <br><br>  Plaintiffs, <br><br> vs. <br><br><br> FEDERAL INSURANCE COMPANY, <br><br>  Defendant. | **Civil Action No. 1:13-cv-01097** <br> Honorable Paul L. Maloney <br> U.S. District Judge |

## JUDGMENT

WHEREAS, the City of Holland and the Holland Board of Public Works (together herein "Plaintiff") brought this action against Federal Insurance Company ("Defendant") (collectively, the "Parties") seeking a declaratory judgment and a judgment for certain dollar amounts it claimed as recoverable under an insurance policy issued by Defendant;

WHEREAS, the Plaintiff filed a Motion for Summary Judgment (docket #79);

WHEREAS, the Defendant filed a Motion for Summary Judgment (docket #82); and

WHEREAS, the Court, after receiving and reviewing the briefs and exhibits and after conducting a hearing on January 18, 2017, issued an Opinion and Order dated March 7, 2017 granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment (docket #94);

1

NOW, THEREFORE, for the reasons stated in the Court's Opinion and Order, it is hereby ORDERED AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant:
    a. in the amount of $761,828.86 (the principal balance);
    b. plus interest from November 1, 2012 through October 28, 2013 at the rate of 5% in the amount of $25,182.11;
    c. plus interest after October 28, 2013 through March 7, 2017 (the date of the Opinion and Order) pursuant to MCL 500.2006 at the rate of 12% in the amount of $267,778.96;

    **for a total judgment amount of $1,054,789.93.**

2. Post-judgment interest shall accrue on the principal balance at the rate provided in 28 U.S.C. § 1961 from the date of this judgment until the date that this judgment is paid.

3. Defendant does not waive, and expressly reserves, its right to file a Notice of Appeal of the Court's March 7, 2017 Opinion and Order. The 30 days within which Defendant has the right to file a Notice of Appeal begins to run from the date of this Judgment.

4. Enforcement shall be as provided under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED:**

/s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE

Dated this **3rd** day of __April__, 2017.

Open.00080.32990.18231565-1

2